

09-CV-05061-STIP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| KEITH O. FRANCIS, | CASE NO. C09-5061 FDB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT J.C. PENNEY CORPORATION |
| J.C. PENNEY CORPORATION; UNIVERSAL DEBT SOLUTIONS, INC., A GEORGIA CORPORATION; AND, P.N. FINANCIAL, INC., AN ILLINOIS CORPORATION. | |
| Defendants. | |

## I. STIPULATION

IT IS HEREBY STIPULATED between Plaintiff Keith O. Francis and Defendant J.C. Penney Corporation, Inc, that all claims against Defendant J.C. Penney Corporation, Inc. have been resolved and may be dismissed in their entirety, with prejudice and without costs or attorney's fees. This Stipulation and Order does not apply to Defendants University Debt Solutions, Inc. and P.N. Financial, Inc.

| | |
|---|---|
| 1 | DATED this 12th March, 2009. |

Counsel for Plaintiff:

McFerran, Burns & Stovall, P.S.

By: ___/s/___
Justin D. Bristol, WSBN 29820

Counsel for Defendant J.C. Penney Corporation.

By: ___/s/___
Diane C. Zarlock, NYBN

## II. ORDER OF DISMISSAL

THIS MATTER came regularly before the Court on the foregoing stipulation of the parties to dismiss this action against J.C. Penney Corporation, with prejudice and without costs or attorney's fees. The Court having reviewed the stipulation and being fully advised in this matter, hereby enters the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims in the above-captioned action between Plaintiff Keith O. Francis and Defendant J.C. Penney Corporation, are DISMISSED in their entirety with prejudice and without attorney's fees or costs.

DATED this 17 day of March, 2009.

_____
for FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
McFerran, Burns & Stovall, P.S.

By: ___/S/___
Justin D. Bristol, WSBN 29820
Attorney for Plaintiff

Approved as to form and content:

By: ___/S/___
Diane C. Zarlock, NYBN
Attorney for Defendant J.C. Penney Corporation, Inc.

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| 9  KEITH O. FRANCIS, | CASE NO. C09-5061 KLS |
| 10 | |
| 11  Plaintiff, | STIPULATION AND ORDER OF |
|      v. | DISMISSAL OF DEFENDANT J.C. |
| 12  J.C. PENNEY CORPORATION; | PENNEY CORPORATION |
|      UNIVERSAL DEBT SOLUTIONS, INC., | |
| 13  A GEORGIA CORPORATION; AND, | [Clerk's action required] |
|      P.N. FINANCIAL, INC., AN ILLINOIS | |
| 14  CORPORATION. | |
| 15 | |
|      Defendants. | |
| 16 | |

## I. STIPULATION

17
18   IT IS HEREBY STIPULATED between Plaintiff Keith O. Francis and Defendant
19
20   J.C. Penney Corporation, Inc, that all claims against Defendant J.C. Penney Corporation,
21   Inc. have been resolved and may be dismissed in their entirety, with prejudice and
22   without costs or attorney's fees. This Stipulation and Order does not apply to Defendants
23   University Debt Solutions, Inc. and P.N. Financial, Inc.
24
25
26

STIPULATION AND ORDER
OF DISMISSAL AS TO DEF. JCP - 1

McFERRAN, BURNS & STOVALL, P.S.
3906 South 74th Street
Tacoma, Washington 98409
Telephone: (253) 471-1200
Facsimile: (253) 284-3855

DATED this 12th March, 2009.

| Counsel for Plaintiff: | Counsel for Defendant J.C. Penney Corporation. |
|---|---|
| McFerran, Burns & Stovall, P.S. | |
| By: _____ | By: _____ |
| Justin D. Bristol, WSBN 29820 | Diane C. Zarlock, NYBN 2449965 |

## II. ORDER OF DISMISSAL

THIS MATTER came regularly before the Court on the foregoing stipulation of the parties to dismiss this action against J.C. Penney Corporation, with prejudice and without costs or attorney's fees. The Court having reviewed the stipulation and being fully advised in this matter, hereby enters the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims in the above-captioned action between Plaintiff Keith O. Francis and Defendant J.C. Penney Corporation, are DISMISSED in their entirety with prejudice and without attorney's fees or costs.

DATED this ____ day of _____, 2009.

_____
Honorable Karen L. Strombom

| Presented by: | Approved as to form and content: |
| McFerran, Burns & Stovall, P.S. | |
| By: _____ | By: _____ |
| Justin D. Bristol, WSBN 29820 | Diane C. Zarlock, NYBN 2449965 |
| Attorney for Plaintiff | Attorney for Defendant J.C. Penney Corporation, Inc. |

STIPULATION AND ORDER
OF DISMISSAL AS TO DEF. JCP - 2

McFERRAN, BURNS & STOVALL, P.S.
3906 South 74th Street
Tacoma, Washington 98409
Telephone: (253) 471-1200
Facsimile: (253) 284-3855