UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH O. FRANCIS,<br><br>   Plaintiff,<br><br>vs<br><br>J.C. PENNEY CORPORATION, INC.,<br>UNIVERSAL DEBT SOLUTIONS, INC.,<br>P.N. FINANCIAL, INC.,<br><br>   Defendant. | CV09-5061FDB<br><br><br>ORDER OF DEFAULT |

NOW, on this 4th day of February, 2010, the Court directs the Clerk to enter the following Order:

Plaintiff's Motion for entry of default against Defendants Universal Debt Solutions, Inc. And P.N. Financial, Inc. is hereby GRANTED in accordance with Fed. R. Civ. P.55(a) and CR55(a).

.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

      .

                **/s/ Pat LeFrois**
                Pat LeFrois
                Courtroom Deputy